AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ERIC SPOFFORD | ) Case No. 25cr10207 IT-PGL |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Eric Spofford,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit stalking through interstate travel and using a facility of interstate commerce in violation of Title 18, United States Code, Section 371; (2) Stalking using a facility of interstate commerce in violation of Title 18, United States Code, Sections 2261A(2) and 2; and (3) Stalking through interstate travel in violation of Title 18, United States Code, Sections 2261A(1) and 2.

Date: 05/29/2025

*Issuing officer's signature*

City and state:   Boston, MA

United States Magistrate Judge ~~Judith G. Dein~~
*Printed name and title*
Page Kelley

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*