UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 25-cr-10207-IT |
| ERIC SPOFFORD, ) | |
| ) | |
| Defendant. ) | |

## JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b)

The United States of America and the defendant, through counsel, hereby submit this joint memorandum addressing Local Rule 116.5(b).

Discovery matters are proceeding to the satisfaction of all parties, and the defendant is continuing to review the material produced. As a result, the government and the defendant request that the status conference scheduled for September 8, 2025, be cancelled and a further interim status conference be held in approximately 45 days.

**I.      Local Rule 116.5(b)(1): Status of Automatic Discovery and Pending Discovery Requests**

On June 27, 2025, the government produced automatic discovery as required by Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, as well as discovery beyond that required by these rules. The government also requested reciprocal discovery from the defendant at that time. The government produced additional discovery on July 8, July 28, and July 30, 2025. The government has now produced all discovery required at this time by the Local Rules and Fed. R. Crim. P. 16.

**II.      Local Rule 116.5(b)(2): Timing of Any Additional Discovery to be Produced**

The government will provide discovery in response to any future request(s) according to the local rules and pursuant to the Federal Criminal Rules of Criminal Procedure, including any

1

supplemental discovery if any additional materials are obtained.

**III.     Local Rule 116.5(b)(3): Timing of Any Additional Discovery Requests**

The defendant agrees to submit requests for additional discovery (if any) on or before the date of the next status conference.

**IV.     Local Rule 116.5(b)(4): Protective Orders**

The parties are satisfied with the existing protective order.

**V.      Local Rule 116.5(b)(5): Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The parties propose a deadline of November 14, 2025, for any pretrial motions under Fed. R. Crim. P. 12(b)(3).

**VI.     Local Rule 116.5(b)(6): Timing of Expert Disclosures**

Should expert testimony prove necessary, the government agrees to make the requisite expert witness disclosures no later than 75 days before trial; the defendant agrees to make reciprocal disclosures no later than 45 days before trial; and the government agrees to make disclosures regarding rebuttal experts, if any, no later than 30 days before trial.

**VII.    Local Rule 116.5(b)(7): Defenses of Insanity, Public Authority, or Alibi**

The defendant is still reviewing discovery and cannot yet determine whether any such defenses will be offered.

**VIII.   Local Rule 116.5(b)(8): Speedy Trial Act Calculation**

The government and the defendant agree that the period from the defendant's arrest on May 29, 2025, through September 8, 2025, the date set for the interim status conference, was properly excluded by this Court's orders on excludable delay.  [D.17; D.33].  The government and the defendant further agree that the time period between September 8, 2025, and the next status conference should be excluded because the parties have been and are using the period of the

continuance to complete review of discovery. Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

### IX. Local Rule 116.5(b)(9): Status of Plea Discussions and Estimated Length of Trial

The parties have not engaged in any plea discussions. Should this matter proceed to trial, the government estimates that its case-in-chief would last approximately one week.

### X. Local Rule 116.5(b)(10) Timing of a Further Interim Status Conference

The parties request that the Court adjourn the September 8, 2025, status conference and convene a further interim status conference in approximately 45 days.

Respectfully submitted,

| | |
|---|---|
| ERIC SPOFFORD, | LEAH B. FOLEY, |
| Defendant | United States Attorney |
| | |
| *s/ Robert M. Goldstein* | *s/ Jason A. Casey* |
| Robert M. Goldstein | Jason A. Casey |
| Counsel to Eric Spofford | Torey B. Cummings |
| | Assistant U.S. Attorneys |

Date: August 29, 2025

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

*s/ Torey B. Cummings*
Torey B. Cummings
Assistant U.S. Attorney