UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 25-cr-10207-IT |
| ERIC SPOFFORD, ) | |
| ) | |
| Defendant. ) | |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(c)(2)**

The United States of America and the defendant, through counsel, hereby submit this joint memorandum addressing Local Rule 116.5(c)(2).

The parties jointly ask the Court to prepare a final status report, transfer this matter to the district court for further proceedings, and cancel the October 15, 2025, interim status conference. The parties further state as follows:

**I.      Local Rule 116.5(c)(2)(A) – Status of Discovery**

The government has produced automatic discovery as required by Fed. R. Crim. P. 16 and Local Rules 116.1(c) and 116.2, as well as discovery beyond that required by these rules. No additional discovery is expected. The government has requested reciprocal discovery under Fed. R. Crim. P. 16(b) and Local Rule 116.1(d).

**II.     Local Rule 116.5(c)(2)(B) – Discovery Requests and Motions**

There are no outstanding discovery requests or motions for discovery.

**III.    Local Rule 116.5(c)(2)(C): Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The defendant agrees to file any motions under Fed. R. Crim. P. 12(b) on or before December 5, 2025. The government will respond to such motions within the time allowed by Local Rule 7.1(b)(2). Reply pleadings may be filed in the Court's discretion, after which time the motion(s)

1

will be ready for resolution by the district court.

### IV. Local Rule 116.5(c)(2)(D): Speedy Trial Act Calculation

The government and the defendant agree that the period from the defendant's arrest on May 29, 2025, through October 15, 2025, the date set for the interim status conference, was properly excluded by this Court's orders on excludable delay. [D.17; D.33; D.42]. The government and the defendant jointly ask the Court to exclude the period from October 15, 2025, until the date of the pretrial conference before the district pursuant to 18 U.S.C. § 3161(h)(7) because the ends of justice served by excluding the period of this continuance outweigh the best interest the public and the defendant in a speedy trial.

### V. Local Rule 116.5(c)(2)(E): Estimated Length of Trial

Should this matter proceed to trial, the government estimates that its case-in-chief would last approximately five full trial days.

Respectfully submitted,

| | |
|---|---|
| ERIC SPOFFORD,<br>Defendant | LEAH B. FOLEY,<br>United States Attorney |
| *s/ Robert M. Goldstein*<br>Robert M. Goldstein<br>Counsel to Eric Spofford | *s/ Jason A. Casey*<br>Jason A. Casey<br>Torey B. Cummings<br>Assistant U.S. Attorneys |

Date: October 8, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                        *s/ Jason A. Casey*
                                        Jason A. Casey
                                        Assistant U.S. Attorney#