UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 25-cr-10207-IT |
| | ) |
| ERIC SPOFFORD, | ) |
|       Defendant | |

**Eric Spofford's Assented-To Motion
to Temporarily Modify Conditions of Release**

Now comes the Defendant, Eric Spofford, by and through counsel, pursuant to 18 U.S.C. §3142, and hereby moves the Court for an order temporarily modifying the conditions of release to permit Mr. Spofford (a) to leave his residence, regardless of the hour, to bring his partner to the hospital whenever necessary in connection with her pregnancy and/or the birth of their daughter, and (b) to freely travel back and forth from the hospital, regardless of the hour, and/or to reside at the hospital (rather than his New Hampshire residence) until his partner and daughter are released home.

The government and U.S. Pretrial Services assent to the requests made herein.

As grounds and reasons therefore, Mr. Spofford states the following:

1. As of this date, Mr. Spofford has been released with various conditions, including a curfew from midnight to 8 a.m. at his New Hampshire residence. *See* Dkt. Entries 14, 28, and 29.

2. Mr. Spofford and his partner are expecting the birth of their daughter, with an anticipated due date on or about January 2, 2026, to be delivered at the Brigham and Women's Hospital in Boston, Massachusetts.

3. At the suggestion of the U.S. Pretrial Services Officer charged with

1

supervising Mr. Spofford, the defense files the instant motion to temporarily amend the current conditions such that Mr. Spofford is permitted (a) to leave his residence, regardless of the hour, to bring his partner to the hospital whenever necessary in connection with the pregnancy and/or birth of their daughter, and (b) to freely travel back and forth from the hospital, regardless of the hour, and/or to reside at the hospital (rather than his New Hampshire residence) until his partner and daughter are released home.

    4.    During any such period of time Mr. Spofford will remain in contact with U.S. Pretrial Services as requested by his supervising officer.

Wherefore, for all of the reasons detailed herein, Mr. Spofford respectfully requests that his conditions of release be temporarily modified such that he is allowed: (1) to leave his residence, regardless of the hour, to bring his partner to the hospital whenever necessary in connection with her pregnancy and/or the birth of their daughter, and (2) to freely travel back and forth from the hospital, regardless of the hour, and/or to reside at the hospital (rather than his New Hampshire residence) until his partner and daughter are released home.

## LOCAL RULE 7.1 CERTIFICATION

The government, by and through Assistant U.S. Attorney Jason Casey, assents to this motion.

The U.S. Pretrial Services assents to this motion.

Respectfully Submitted,
ERIC SPOFFORD,
By his Attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated: December 15, 2025

## Certificate of Service

    I, Robert M. Goldstein, hereby certify that on this date, December 15, 2025, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Jason Casey and Torey Cummings.

**/s/ Robert M. Goldstein**
Robert M. Goldstein

3