UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 25-cr-10207-IT |
| | ) | |
| ERIC SPOFFORD, | ) | |
| Defendant | | |

### Eric Spofford's Motion For Permission To Travel

Now comes the Defendant, Eric Spofford, by and through undersigned counsel, and hereby moves the Court for an order permitting him to travel to Utah from June 11-14, 2026, for the purpose of attending and presenting at a professional business conference, on the condition that he provide any and all details requested by his supervising Pretrial Services Officer, and/or any other condition imposed by the Court.

U.S. Probation and Pretrial Services, by and through Mr. Spofford's supervising officer, Matthew Senesi, has no objection to the instant motion.

### LOCAL RULE 7.1 CERTIFICATION

The government, by and through Jason Casey, has advised that it takes no position on the instant motion.

As grounds and reasons therefore, Mr. Spofford states the following:

1.    Mr. Spofford has been asked to be a speaker at a business conference in Utah in June 2026.  Mr. Spofford has previously attended, and served as a featured speaker at, this conference in 2024.

2.    Attending and speaking at this conference represents a significant professional opportunity for Mr. Spofford.  In particular, speaking at this conference will

1

help Mr. Spofford grow his existing businesses, and it will help him develop additional business and professional opportunities.

3.     If permitted to attend the conference, Mr. Spofford plans to fly to Salt Lake City on June 11, 2026, and return home on June 14, 2026.  Once he finalizes his travel details, including flight and hotel arrangements, and itinerary, Mr. Spofford will provide any and all requested details to his supervising officer, Mr. Senesi.

4.     Mr. Spofford achieved sobriety in 2006—alcohol and drugs do not cloud this thinking or judgment.  Indeed, in 19 years of sobriety, Mr. Spofford has a spotless record—not a single criminal infraction or interaction with the criminal justice system.

5.     In those intervening 19 years, Mr. Spofford became a very successful entrepreneur.  Today, Mr. Spofford employs approximately 220 people throughout eight (8) businesses, spread out over five (5) states.

6.     Mr. Spofford is also a committed father to his two boys, Gavin (14 years old) and Mase (4 years old), and his daughter, Siena, born this past Christmas Eve.

7.     Mr. Spofford has been a model pretrial supervisee.  He has complied with each and every condition of release, with his supervising officer once commenting to counsel regarding Mr. Spofford's respectful behavior.

Wherefore, for all of the reasons detailed herein, Mr. Spofford respectfully requests that he be permitted to travel to Utah in June 2026 to attend the conference, on the condition he provide any and all details requested by his supervising Pretrial Services Officer, and/or any other condition imposed by the Court.

Respectfully Submitted,
ERIC SPOFFORD,
By his Attorney,


**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated:  January 14, 2026

### Certificate of Service

I, Robert M. Goldstein, hereby certify that on this date, January 14, 2026, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Jason Casey and Torey Cummings.


**/s/ Robert M. Goldstein**
Robert M. Goldstein

3